IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 6:16CR39 |
| § | |
| SALEEM JAFFER JIWANI (01) § | |
|    a.k.a. "Sam" § | |
| ADEEL UZ ZAMAN KHAN (02) § | |
|    a.k.a. "Adam" § | |
| NADIA FARISHTA (03) § | |
| SHARJEEL JEFF ALI (04) § | |
| NIMROSE KHAN (05) § | |

## BILL OF PARTICULARS

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the indictment filed in the above-styled criminal case:

## REAL PROPERTY:

Lot 3, Block J, Twin Creek Estates 2, Dallas, Denton County, Texas
Denton County Appraisal District Property ID:   79228

Also known as:   18747 Rembrandt Terrace, Dallas, Texas

## CASH PROCEEDS:

$746,000.00 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly as the result of the offenses alleged in the indictment.

The above described property that is sought for forfeiture includes property originally sought for forfeiture within the indictment and newly added property that is sought for forfeiture solely through this Bill of Particulars.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

  *Mary Ann Cozby*
MARY ANN COZBY
Assistant United States Attorney
Texas Bar No. 02656020
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Mary.Ann.Cozby@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record for defendants have been served with the above and foregoing Bill of Particulars via the court's CM/ECF system on August 5, 2016.

  */s/ Mary Ann Cozby*
MARY ANN COZBY