IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CASE NO. 6:16cr39 |
| | § | |
| ADEEL UZ ZAMAN KHAN (02) | § | |
|     a/k/a "Adam | § | |
| NADIA FARISHTA (03) | § | |
| SHARJEEL JEFF ALI (04) | § | |
| NIMROSE KHAN (05) | § | |

ORDER

The Court is modifying the conditions of release for the above Defendants to permit travel to the Southern District of Texas to meet with potential counsel.

IT IS ORDERED that the Defendants' conditions are modified to permit travel to the Southern District of Texas for the purpose of meeting with potential counsel.

**So ORDERED and SIGNED this 5th day of August, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE