| | |
|---|---|
| DATE: 8/11/16 | CASE NUMBER: 6:16-cr-00039-RC-KNM |
| LOCATION: Tyler | |
| JUDGE: John D. Love | Sharjeel Ali, |
| DEP. CLERK: S. Baum | |
| RPTR/ECRO: S. Baum | USA           V. |
| USPO: Nathan Manley | |
| INTERPRETER: | |
| START TIME: 10:03 | |
| END TIME: 10:17 | AUSA Mary Ann Cozby |

| | Indictment Unsealed | | Interpreter |
|---|---|---|---|

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| | Initial Appearance called | | Initial Appearance held |
| | Dft appears with counsel | ✓ | Dft appears without counsel |
| | Date of Arrest: | | Dft's first appearance with counsel |
| | Dft advised of charges | | Dft advised of right to counsel |
| | Dft advised of maximum penalties | | Dft advised of right to remain silent |
| | Dft request appointed counsel, is sworn & examined re: financial status | | Court finds Dft eligible and appoints: |
| | Gvt Oral Motion for Detention | | Gvt Oral Motion for Continuance of Detention Hearing |
| | Order of Conditions of Release | | Bond set |
| | Waiver of Detention | ✓ | PR Bond |
| | Order of Temporary Detention | | Detention Hearing set for: |
| | Order of Detention | ✓ | Arraignment Hearing set for: 8/16 @ 3:00 |
| | Dft remanded to the custody of the US Marshal | ✓ | Passport surrendered |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| | Arraignment waived in open court | | Arraignment held on Indictment: All counts |
| ✓ | Dft placed under oath | | Dft physically/mentally ready |
| | Dft received copy of charges | | Dft discussed charges with counsel |
| | Charges read | | Dft waived reading of charges |
| | No pressure to plead | | |
| | Dft enters a not guilty plea to all counts | | |
| | Discovery orders entered | | Jury selection and trial set |
| | Dft remanded to the custody of the USM | | Dft continued on bond |