# UNITED STATES OF AMERICA
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

UNITED STATES OF AM E R I C A     §

v.     §     CASE NO. 6:16cr39(2)

ADEEL UZ ZAMAN KHAN     §

### DEFENDANT'S NOTICE OF ATTORNEY APPEARANCE
### FOR ADEEL UZ ZAMAN KHAN

Counsel for the Defendant in the above-entitled and numbered criminal action, hereby

notifies the Court and all parties the he is appearing as counsel of record:

> JASON D. CASSEL
> Texas State Bar No. 24006970
> jdc@emafirm.com
> ALBRITTON LAW FIRM
> P.O. Box 2649
> Longview, Texas 75606
> Telephone: (903) 757-8449
> Facsimile: (903) 758-7397

Respectfully submitted,

_____

JASON D. CASSEL
SBN 24006970
P.O. Box 2649
Longview, Texas 75606
Tel: (903) 757-8449
Fax: (903) 758-7397
Email: jdc@emfirm.com

***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which sent notification of such filing to all counsel of record.

_____

Jason D. Cassel