IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 6:16-CR-00039 |
| NADIA FARISHTA | § | |

### ENTRY OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

We wish to enter our appearance as *retained* counsel for the above-named defendant in this cause.

We understand that it is our duty to continue to represent the above-named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant with any appeal which the defendant desires to perfect, and to represent the defendant on appeal until a final judgment has been entered; unless and until, after written motion filed by us, we are relieved by Order of the Court.

Dated: August 12, 2016

Respectfully submitted,

WHALEN LAW OFFICE

_____/s/ James P. Whalen_____
JAMES P. WHALEN
TEXAS BAR CARD NO. 00794837
RYNE T. SANDEL
STATE BAR NO. 24081689
6500 International Pkwy., Ste. 1700
Plano, Texas  75093
Telephone:  (214) 368-2560
Facsimile:  (972) 829-8654
jwhalen@whalenlawoffice.com
COUNSEL FOR DEFENDANT
NADIA FARISHTA